UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN CONTRERAS GARCIA,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

Respondent.

CASE NO. 2:26-cv-01537-JHC

ORDER

This matter comes before the Court sua sponte.  In Martin Contreras Garcia's Petition for Writ of Habeas Corpus, he lists only "ICE Field Office Director" as the Respondent.  Dkt. # 3.  "[H]abeas petitioners challenging their present physical confinement [must] name their immediate custodian, the warden of the facility where they are detained, as the respondent to their petition."  *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); *see also Rumsfeld v. Padilla*, 542 U.S. 426, 439 (2004); *Rivera-Trigueros v. Becerra*, 720 F. Supp. 3d 808, 811–813 (N.D. Cal. 2024); *cf. Sarr v. Scott*, 765 F. Supp. 3d 1095 (W.D. Wash. 2025) (moving to substitute "Bruce Scott" the warden of Northwest Immigration Processing Center (NWIPC) as Respondent).  If a petitioner fails to do so, the district court lacks jurisdiction over the petition.  *Doe*, 109 F.4th at 1197.  For this matter to proceed, Petitioner's current custodian—such as the

ORDER - 1

warden of the NWIPC—must be named as one of the respondents. Otherwise, the Court does not have jurisdiction to review the petition.

Accordingly, the Court ORDERS Petitioner to show cause why his current petition should not be dismissed without prejudice for failing to name the proper respondent(s) or, in the alternative, grants Petitioner leave to amend his petition in name and serve the proper respondent(s). The Court provides Petitioner until **May 29, 2026** to respond though Petitioner may respond sooner. If no response is received by such date, the Court will dismiss the petition without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 7th day of May, 2026.

John H. Chun
United States District Judge

ORDER - 2