UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN CONTRERAS GARCIA,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

Respondent.

CASE NO. 2:26-cv-01537-JHC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  The Clerk is directed to add "Bruce Scott, the Warden of Northwest ICE Processing Center" as another Respondent.  *See* Dkt. # 5.

(2)   The Order at Dkt. # 2 states that Respondents have until May 21, 2026 to file a return to Petitioner's Writ of Habeas Corpus.  But because of the Court's later order directing Petitioner to show cause, Dkt. # 4, and Petitioner's recent response, Dkt. # 5, the Court amends the briefing schedule and DIRECTS Respondents to file a return to the petition, Dkt. # 1, no later than June 5, 2026, and Petitioner may file a reply no later than 14 days after Respondents file their return.

MINUTE ORDER - 1

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 21st day of May 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2